No. 5649.—STUBBE BROS., INC., aplda., v. PALÉU, aplte.— C. D. San Juan. ▮▮▮▮▮▮▮ Abril 21 de 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción del apelado para que desestimemos la apelación de los demandados contra la sentencia dictada en

este caso el 8 de enero de 1931 por la corte inferior, los documentos a ella acompañados y el caso de *Méndez* v. *Hijos de Borinquen*, 35 D.P.R. 272, en el que, está resuelta la cuestión que motiva esta apelación, la desestimamos por frívola.